**Entered on Docket**
**December 17, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax
kevin@mclaw.org

**E-FILED DEC. 15, 2009**

Attorneys for WELLS FARGO HOME MORTGAGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 7 |
| CSABA OROSZ and IREN OROSZ, | Case No. N-09-53354-GWZ |
| | Hearing Date: November 17, 2009 |
| | Hearing Time: 10:00 a.m. |
| Debtors. | Location:  Clifton Young Federal Building Courtroom No. 1 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

The hearing of the motion of WELLS FARGO HOME MORTGAGE for relief from automatic stay was regularly scheduled before this court on November 17, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the motion for relief from automatic stay be, and hereby is granted.

///
///
///

IT IS FURTHER ORDERED that the stay is hereby terminated as to the real property located at 5537 Pearl Drive, Sun Valley, NV 89433.

SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400
Attorney for WELLS FARGO HOME MORTGAGE

RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel for Movant certifies:

\_\_\_\_ The Court waived the requirement of approval under LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_X\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

ANGELIQUE L. M. CLARK, Trustee: /s/ *Angelique LM Clark*

Approved_____    ~~Disapproved~~_____    ~~Failed to~~ Respond \_\_\_\_